IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Moez Fardmanesh,<br><br>    Petitioner,<br><br>vs.<br><br>Katrina Kane,<br><br>    Respondent. | No. cv-08-1526-PHX-ROS<br><br>**ORDER** |

Before the Court is Petitioner's Petition for Writ of Habeas Corpus (Doc. 1). There being no objections to the Report and Recommendation of the Magistrate Judge (Doc. 12),

**IT IS ORDERED** adopting the Report and Recommendation of the Magistrate Judge.

**FURTHERED ORDERED** dismissing the Petition for Writ of Habeas Corpus.

DATED this 24th day of July, 2009.

_____
Roslyn O. Silver
United States District Judge